**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  ESB 1836 Incorporated

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  04-3596541

4. **Debtor's address**

   **Principal place of business**
   2906 Central Street
   Evanston, IL 60201
   Number, Street, City, State & ZIP Code

   Cook
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   9139S. Commercial Ave Chicago, IL 60617
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  ESB 1836 Incorporated _____    Case number (*if known*) _____
         Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.    ☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No    ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor  ESB 1836 Incorporated
_____Name_____                                         Case number (if known) _____

**11. Why is the case filed in this district?**  Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  ESB 1836 Incorporated  
Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4/22/2016  
MM / DD / YYYY

X _____  
Signature of authorized representative of debtor

Mark Seef  
Printed name

Title  President

**18. Signature of attorney**

X _____  
Signature of attorney for debtor

Date  4/22/2016  
MM / DD / YYYY

Robert W. Glantz  
Printed name

Midwest Bankruptcy Attorneys LLC  
Firm name

321 N. Clark Street  
Suite 800  
Chicago, IL 60654  
Number, Street, City, State & ZIP Code

Contact phone  312-541-0151    Email address _____

6201207  
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# United States Bankruptcy Court
## Northern District of Illinois

In re: ESB 1836 Incorporated

Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 7

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 4/22/16

Mark Sect/President
Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## ESB 1836 Incorporated
### (An Illinois Corporation)

## UNANIMOUS WRITTEN CONSENT OF
## DIRECTORS IN LIEU OF A MEETING

The undersigned, being the directors constituting the entire Board of Directors (the "Board") of ESB 1836 Incorporated organized under the laws of the state of Illinois of the United States of America (the "Corporation"), hereby waive all notice of time, place or purpose of a meeting of the Board and consent to, approve and adopt the following resolutions without a meeting pursuant to applicable law:

WHEREAS, the Board has considered the current financial and operational aspects of the Corporation's business; and

WHEREAS, the Board has considered the various options available to the Corporation in light of its current and anticipated future financial and operational status.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, employees, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code");

RESOLVED, that the officers of the Corporation be, and each of them is, hereby authorized on behalf of, and in the name of, the Corporation to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at such time as said officer executing the same shall determine and in such form or forms as such the officer may approve;

RESOLVED, that the officers of the Corporation be, and each of them is, hereby authorized on behalf of, and in the name of, the Corporation to execute any and all disclosure statements and plans of reorganization or liquidation under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at such time as said officer executing the same shall determine;

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized and directed on behalf of the Corporation to market for sale and solicit bids for the possible sale or liquidation of substantially all of the Corporation's assets through the Corporation's case under chapter 11 of the Bankruptcy Code, and to further take any steps necessary to effectuate and implement such acts;

RESOLVED, that the officers of the Corporation be, and each of them is, hereby authorized on behalf of, and in the name of, the Corporation to sell any of the Corporation's

assets outside the ordinary course of business and take such actions and to make, sign, execute, acknowledge and deliver any and all such agreements related to any such sale(s);

RESOLVED, that the firm of Midwest Bankruptcy Attorneys LLC hereby is employed as general counsel for the Corporation in connection with the representation of the Corporation in its case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized on behalf of the Corporation, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the officers or the Corporation's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to borrow amounts under a post petition financing facility, granting liens, guaranties, pledges, mortgages and/or other security therefor;

RESOLVED, that, the officers of the Corporation be, and each of them hereby is, authorized to employ and retain additional legal counsel, financial advisors, accountants and other professionals, to advise the Corporation in connection with the Corporation's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized and directed on behalf of the Corporation to take such actions and to make, sign, execute, acknowledge and deliver (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized and directed on behalf of the Corporation to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may reasonably be required to give effect to the consummation of the transactions contemplated by these Resolutions and any chapter 11 plan of reorganization or liquidation, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof;

RESOLVED, that the officers of the Corporation be, and each of them hereby is, authorized and directed on behalf of the Corporation to authorize such actions that they deem reasonably necessary in light of the current state of the Corporation's business and financial affairs, and to further take any steps necessary to effectuate and implement such acts;

RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Board and or the officers, such actions are hereby ratified and confirmed in their entirety; and

RESOLVED, that the Corporation commits to hold harmless and indemnify each member of the Board and all of the Corporation's officers to the fullest extent available under applicable law.

IN WITNESS WHEREOF, I have hereunto set my hand this 21th day of April, 2016.

Mark Seef
President / Director

Eric Davis
Secretary / Director

{000 MSC A0436754.DOC}                    3

RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Board and or the officers, such actions are hereby ratified and confirmed in their entirety; and

RESOLVED, that the Corporation commits to hold harmless and indemnify each member of the Board and all of the Corporation's officers to the fullest extent available under applicable law.

IN WITNESS WHEREOF, I have hereunto set my hand this 21 th day of April, 2016.

Mark Seef
President / Director

Eric Davis
Secretary / Director